

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2020

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, New York 10007

    Re:  *United States v. Richard Rubin*, *et al.*, 20 Cr. 632 (PAE)

Dear Judge Engelmayer:

    The Government writes in advance of the initial conference scheduled for December 15, 2020 to respectfully request that the Court exclude time under the Speedy Trial Act between today and that initial conference. The exclusion of time will enable the Government to prepare discovery for production and will allow the parties to continue discussions about a resolution of the case. The Government submits that the interests of justice outweigh the interests of the defendants and the public in a speedy trial.

    The Government has conferred with defense counsel for both Richard Rubin and Thomas Craft, and counsel for both defendants consent to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by:    /s_____
    Martin Bell/Jordan Estes
    Assistant United States Attorneys
    (212) 637-2463/2543

cc: Defense counsel (by email)

**GRANTED.**  The Court excludes time until December 15, 2020, pursuant to 18 U.S.C. 3161(h)(7)(A), for the reasons stated above. The Clerk of Court is requested to terminate the motion at Dkt. No. 9.

12/9/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge