UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD RUBIN, and<br>THOMAS CRAFT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  20 Cr. 632 (PAE)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher Bruno, a member of this Court in good standing, hereby appears on behalf of Defendant Thomas Craft in the above-captioned case. The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the email address stated below.

Dated: December 9, 2020

                                              Respectfully submitted,

                                               /s/ Christopher Bruno
                                              Christopher Bruno (SDNY CB1315)

                                              Bruno & Degenhardt, P.C.
                                              10615 Judicial Drive, Suite 703
                                              Fairfax, VA 22030
                                              Telephone: (703) 352-8960
                                              Facsimile: (703) 352-8930
                                              cbruno@brunodegenhardt.com

                                              *Attorney for Defendant Thomas Craft*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Christopher Bruno
Christopher Bruno