# SALLAH ASTARITA ◆ COX
### LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW     Florida | New York | New Jersey

December 18, 2020

**Letter Submission**

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. Part I  12/23/2020

**VIA SDNY PACER/ECF**
Honorable Vernon S. Broderick
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Unites States of America v. Richard Rubin and Thomas Craft*
      *1:20-cr-00632-PAE*

Dear Honorable Judge Broderick:

On December 10, 2020, the undersigned, James D. Sallah, Esq. of Sallah, Astarita & Cox filed a Motion to Appear Pro Hac Vice on behalf of Thomas Craft in the instant matter. After the Clerk's review, the motion was found to be deficient as the undersigned had filed the Affidavit in Support without the corresponding Certificates of Good Standing from the Supreme Courts of Colorado or from Florida. This was done while awaiting receipt of said certificates in anticipation of being deemed accepted into the case in time to appear as counsel for Mr. Craft's arraignment on December 11, 2020.

The undersigned has since received the Certificates of Good Standing from both the Florida and Colorado Supreme Courts and attaches them hereto as *Exhibits A* and *B*.

In light of the foregoing, I would respectfully request that Your Honor grant pending Docket Entry No. 12, *Motion for Admission of James D. Sallah, Pro Hac Vice.*

Sincerely,

[signature]

James D. Sallah, Esq.

# EXHIBIT A

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JAMES D. SALLAH**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **JUNE 19, 1997,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this* **DECEMBER 10, 2020.**

*Clerk of the Supreme Court of Florida*

# EXHIBIT B

# SUPREME COURT
## State of Colorado,



STATE OF COLORADO, ss:

I, _Cheryl Stevens_, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_JAMES DAMIAN SALLAH_

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _19th_ day of _June_ A.D. _1997_ and that at the date hereof the said _JAMES DAMIAN SALLAH_ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this _18th_ day of _December_ A.D. _2020_



_Cheryl Stevens_
Clerk

By _[signature]_
Deputy Clerk