**BRUNO & DEGENHARDT, P.C.**
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

February 3, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Richard Rubin and Thomas Craft*, 20 Cr. 632 (PAE)
      Unopposed Request for Continuance

Dear Judge Engelmayer:

We represent Thomas Craft in connection with the above-referenced case. We respectfully request that Mr. Craft's sentencing, currently scheduled for February 24, 2022, be adjourned for at least thirty (30) days, on a specific date convenient for the Court. We are requesting the adjournment so that counsel may have adequate time to address issues contained in the PSR, which has recently been provided by Probation, and to submit a comprehensive sentencing memorandum.

I have conferred with Assistant United States Attorney Jordan Estes and the Government does not oppose this request.

Respectfully submitted,

/s/
Christopher Bruno

cc:  AUSA Jordan Estes (By ECF)
     James Sallah, Esq. (By ECF)

---

**GRANTED.** Sentencing is adjourned to April 6, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 63.

2/3/2022

SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge