# SALLAH ASTARITA ◆ COX
## LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW    Florida | New York | New Jersey

August 29, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Thomas Craft,* **20cr632-02 (PAE**)

Dear Judge Englemayer:

I write with the consent of AUSA Jordan Estes and Pretrial Services to respectfully request that Mr. Craft's bail conditions be modified to allow him to travel to West Virginia to attend his uncle's funeral and visit family from September 1, 2022 to September 4, 2022.

As background, Mr. Craft was charged in this case in 2020 and pleaded guilty shortly thereafter. He was originally released on a $150,000 unsecured personal surety bond with travel conditions limited to the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Virginia, and the Southern District of Florida. Since his arrest, Mr. Craft has been fully compliant with his release obligations.

Mr. Craft was very close to his deceased uncle and the uncle's family, and is going to assist them with the disposition of some of their uncle's property while in Bluefield, West Virginia.

Accordingly, we respectfully request that your Honor permit Mr. Craft to travel as requested with the condition that he provide an itinerary to pre-trial services once tickets are booked.

Thank you for your kind consideration, and we stand ready to answer any questions the Court may have.

Respectfully submitted,

*/s/ James D. Sallah*

James D. Sallah

---

**GRANTED.** Mr. Craft shall provide Pretrial Services with an itinerary of his trip and contact the Pretrial Services Department within twelve (12) hours of his arrival back within this district. The Clerk of Court is requested to terminate the motion at Dkt. No. 72.

SO ORDERED.           8/29/2022

_____
PAUL A. ENGELMAYER
United States District Judge