# SALLAH ASTARITA COX LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW    Florida | New York | New Jersey

August 30, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Thomas Craft,* **20cr632-02 (PAE**)

Dear Judge Englemayer:

As you know, my co-counsel, Christopher Bruno, Esq., passed away earlier this month only 7 weeks after being diagnosed with pancreatic cancer. Mr. Bruno was the lead counsel in Mr. Craft's criminal case. We appreciate the Court's courtesies so far in adjourning Mr. Craft's sentencing.

My law partner, Jeffrey Cox, Esq., is a former Assistant United States Attorney, and will be filing a motion with this Court for admission pro hoc vice to Southern District of New York for the purpose of handling Mr. Craft's sentencing hearing. In that regard, we are requesting that the Court reschedule Mr. Craft's sentencing hearing until the second half of October, 2022. This will provide Mr. Cox with sufficient time to file his motion for admission and to prepare for the hearing. It will also accommodate AUSA Jordan Estes's schedule, as she is starting a four-week trial that will not end until the second week of October. Specifically, during the second half of October, Mr. Cox has availability on October 19-21 and 26-28. We sincerely hope that the Court can accommodate the parties' schedules or otherwise set an alternative date in November.

Thank you for your kind consideration, and we stand ready to answer any questions the Court may have.

Respectfully submitted,

*/s/ James D. Sallah*

James D. Sallah

---

**GRANTED.** Sentencing is adjourned to October 24, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Court asks counsel to please convey its condolences to Mr. Bruno's family. The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

8/31/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge